

Kassra P. Nassiri
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, CA 94111

(t) 415-762-3100 | (f) 415-534-3200
kass@njfirm.com | www.njfirm.com

December 12, 2022

**VIA ELECTRONIC COURT FILING ("ECF")**

United States District Judge Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Nicole Elliot, et al. v. Trusted Media Brands, Inc., Case No. 1:22-cv-08740-AT*:
 **Joint Letter Declining Consent to Magistrate Judge**

Dear Judge Torres:

Pursuant to the Court's Order (ECF No. 6) and 28 U.S.C. § 636, the parties hereby submit this joint letter advising the Court that the parties decline to have a United States magistrate judge conduct all further proceedings in this case.

Sincerely,
NASSIRI & JUNG LLP

 /s/ Kassra P. Nassiri
Kassra P. Nassiri (kass@njfirm.com)
Russell Taylor (russ@njfirm.com)
1700 Montgomery Street, Suite 207
San Francisco, CA 94111
Tel.:  (415) 762-3100
Fax.:  (415) 534-3200

LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
Eric L. Lewis (eric.lewis@lbkmlaw.com)
David A. Short (david.short@lbkmlaw.com)
The Chrysler Building, 64th Floor
405 Lexington Avenue
New York, NY 10174
Tel.:  (212) 826-7001
Fax.:  (212) 826-7146
*Attorneys for Plaintiff Nicole Elliot,*
*Amanda Paige, and Kathryn Fritschel*

*Judge Analisa Torres*
*December 12, 2022*
*Page 2 of 2*

                                            BAKER & HOSTETLER LLP

                                            */s/ Eric R. Fish*
                                            Eric R. Fish (efish@bakerlaw.com)
                                            45 Rockefeller Plaza
                                            New York, NY 10111
                                            Tel.:  (212) 589-4200
                                            Fax.:  (212) 589-4201
                                            *Attorneys for Defendant*
                                            *Trusted Media Brands, Inc.*

Cc: All counsel of record (via ECF)