```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/14/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE ELLIOT, an individual, AMANDA PAIGE, an individual, and KATHRYN FRITSCHEL, an individual, for themselves and on behalf of all others similarly situated,

      Plaintiffs,

-against-

TRUSTED MEDIA BRANDS, INC., a Delaware Corporation,

      Defendant.

22 Civ. 8740 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed the parties' submissions dated February 13, 2023. ECF Nos. 28–29. There are several issues with the parties' proposed case management plan. First, the parties must propose specific dates for each deadline in the case management plan. Second, a pending motion to dismiss is not an exceptional circumstance warranting a departure from the fourteen-day deadline for initial disclosures. ECF No. 29 ¶ 4. Third, the parties are reminded that the Court shall not stay discovery pending its decision on any motion, *id.* ¶ 5, and the Court has already denied Defendant's request to stay discovery, *see* ECF No. 27. The parties are directed to either revise their proposed deadline for discovery so that the discovery period does not exceed 120 days or describe exceptional circumstances (which do not include pending motions) that would make a longer discovery period appropriate in this matter. Fourth, the parties are required to identify a mechanism for alternative dispute resolution and propose a time for its use. Accordingly, by **February 17, 2023**, the parties shall submit a revised proposed case management plan.

  SO ORDERED.

Dated: February 14, 2023
   New York, New York

*[signature]*
ANALISA TORRES
United States District Judge