UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE ELLIOT, an individual, AMANDA
PAIGE, an individual, and KATHRYN
FRITSCHEL, an individual, for themselves
and on behalf of all others similarly situated,

                    Plaintiffs,

           -against-

TRUSTED MEDIA BRANDS, INC., a
Delaware Corporation,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    6/15/2023
```

22 Civ. 8740 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' proposed protective order. ECF No. 39. The Court shall not retain jurisdiction over the protective order following the termination of the litigation. *Id.* ¶ 19. Accordingly, by **June 22, 2023**, the parties shall file a revised proposed protective order.

       SO ORDERED.

Dated: June 15, 2023
       New York, New York

ANALISA TORRES
United States District Judge